<div style="writing-mode: vertical">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FENWAY PARTNERS LLC, et al.,<br><br>　　　　Defendants.<br>_____/<br><br>FENWAY PARTNERS, LLC, et al.,<br><br>　　　　Third Party Plaintiffs,<br><br>　v.<br><br>COACH AM GROUP HOLDINGS CORP., et al.,<br><br>　　　　Third Party Defendants.<br>_____/ | No. C 13-00005 JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE REQUEST FOR RULING ON THE PAPERS ON DEFENDANTS' MOTION TO TRANSFER AND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Docket Nos. 12, 25)** |

　　　The Court has received the parties stipulation relating to the pending motion to transfer. The parties have requested that the Court decide the motion to transfer on the papers, because of a conflict with the scheduled hearing date. The Court DENIES that request, although it will consider a request to continue the hearing. If, after it has reviewed the parties' papers, it determines the matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

//

The Court also notes that the parties contend the opposition to the motion is due on March 5, 2013, and the reply is due on March 12, 2013. The parties are not correct about the filing deadlines for the opposition brief and reply brief. Plaintiff's opposition brief was due on January 23, 2013, and Defendants' reply would be due on January 30, 2013. *See* N.D. Civ. L.R. 7-3(a), (c), 7-7. The fact that this case was reassigned and the motion rescheduled does not alter that briefing schedule, absent Court Order. (*See* Docket No. 18.) Because Plaintiff's brief is overdue, and because the parties were in error as to the proper filing deadlines, the Court shall grant the parties an extension. Plaintiff shall file an opposition to the motion to transfer by no later than February 22, 2013, and Defendant shall file a reply by March 1, 2013. If the parties require a further extension of these deadlines, they must demonstrate good cause for any proposed modifications.

The Court GRANTS the parties stipulated request that Defendants will have until 14 days following a ruling on the Motion to Transfer Venue to serve and file an answer or otherwise respond to the Amended Complaint, if the Motion to Transfer Venue is denied and this action remains in this District.

This Order terminates Docket No. 12 and Docket No. 25.

**IT IS SO ORDERED.**

Dated: January 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2