| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES JACKSON, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

FENWAY PARTNERS, LLC; LAURA HENDRICKS; GEORGE MANEY; and DOES 1-20,

    Defendants.

FENWAY PARTNERS, LLC; LAURA HENDRICKS; and GEORGE MANEY,

    Third-Party Plaintiffs,

  v.

COACH AM GROUP HOLDINGS CORP., *et al.*,

    Third-Party Defendants.

Case No. C 13-00005 JSW

**[PROPOSED] ORDER PER STIPULATION RE: EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THIRD-PARTY COMPLAINT**

Courtroom: 11
Judge: Hon. Jeffrey S. White

Having considered the stipulation between Defendants and third-party plaintiffs Fenway Partners LLC, Laura Hendricks, and George Maney ("Defendants") and third-party defendants Coach Am Group Holdings Corp. *et al.* ("Third-Party Defendants") regarding an extension of time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint, and good cause appearing,

**IT IS HEREBY ORDERED**, per the parties' stipulation, as follows:

I. The deadline for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint is hereby extended until 14 days after this Court's disposition of the Defendants' pending Motion to Transfer Venue, if the Motion to Transfer Venue is denied and this action remains in this District. If the Motion to Transfer Venue is granted, this action would be removed from the Court's jurisdiction and transferred to the District of Delaware, where the scheduling of the action, including the timing of any responsive pleading, shall be coordinated with the ongoing proceedings before the Bankruptcy Court in that District by order of the transferee court.

**IT IS SO ORDERED**.

Dated: February 6, 2013

_____
Honorable Jeffrey S. White