THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff James Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACKSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FENWAY PARTNERS, LLC *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINT | Civil Case No.: C-13-0005 (JSW)<br><br>Removed from Superior Court of the State of California, County of San Francisco<br>Civil Case No.: CGC-12-526564<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING HEARING ON MOTION TO TRANSFER VENUE (DOCKET NO. 6) |

**[PROPOSED] ORDER**

It is hereby ordered that the hearing on the Motion to Transfer Venue (Docket No. 6), which was scheduled for March 29, 2013, is rescheduled for March 22, 2013 at _____ AM/PM [or in the alternative, *counsel for Plaintiffs is permitted to appear telephonically at the hearing on March 29, 2013*]. Counsel for Plaintiffs shall provide a direct landline at which they may be reached by March 22, 2013.

Dated: March 12, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER ON STIPULATION REGARDING HEARING ON MOTION
TO TRANSFER VENUE (DOCKET NO. 6)