IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES JACKSON,

    Plaintiff,

v.

FENWAY PARTNERS LLC, et al.,

    Defendants.
_____/

FENWAY PARTNERS, LLC, et al.,

    Third Party Plaintiffs,

v.

COACH AM GROUP HOLDINGS CORP., et al.,

    Third Party Defendants.
_____/

No. C 13-00005 JSW

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO TRANSFER**

    The Court has considered Defendants' motion to transfer, Plaintiff's opposition, and Defendants' reply, and the Court finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court HEREBY VACATES the hearing scheduled for March 29, 2013.

//

//

//

1   The motion is now under submission, and the Court shall issue a ruling in due course.

2   **IT IS SO ORDERED.**

3

4   Dated: March 19, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE