**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-00005 JSW

9   JAMES JACKSON,

**ORDER VACATING HEARING**
10              Plaintiff,                                 **ON DEFENDANTS' MOTION TO**
                                                           **TRANSFER**

11     v.

12   FENWAY PARTNERS LLC, et al.,

13              Defendants.

14   _____/

15   FENWAY PARTNERS, LLC, et al.,

16              Third Party Plaintiffs,

17     v.

18   COACH AM GROUP HOLDINGS CORP., et
     al.,
19
                Third Party Defendants.
20
21   _____/

22          The Court has considered Defendants' motion to transfer, Plaintiff's opposition, and

23   Defendants' reply, and the Court finds the motion suitable for disposition without oral

24   argument. *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the Court HEREBY VACATES the

25   hearing scheduled for March 29, 2013.

26   //

27   //

28   //

United States District Court

For the Northern District of California

1   The motion is now under submission, and the Court shall issue a ruling in due course.

2   **IT IS SO ORDERED.**

3

4   Dated: March 19, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2