United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES JACKSON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

FENWAY PARTNERS, LLC, LAURA HENDRICKS, GEORGE MANEY, and DOES 1-20,

Defendants.
_______________________________________/

FENWAY PARTNERS, LLC, LAURA HENDRICKS, and GEORGE MANEY,

Third-Party Plaintiffs

v.

COACH AM GROUP HOLDINGS, CORP., *et al.*,

Third-Party Defendants.
_______________________________________/

No. C 13-00005 JSW

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND STAYING TRANSFER PENDING RESOLUTION OF MOTION FOR RECONSIDERATION**

The Court has received and considered Plaintiff's motion for leave to file a motion for reconsideration. Because the Court inadvertently overlooked the fact that Ms. Hendricks and Mr. Maney had been dismissed by Plaintiff, the Court shall permit Plaintiff to file a motion for reconsideration limited solely to the issue of indemnification and how the dismissal of these two defendants impacts the analysis of whether this case is related to the Bankruptcy Proceedings. Plaintiff shall file his motion, which shall be no more than ten pages, by no later

United States District Court
For the Northern District of California

than April 16, 2013. Defendant shall file its opposition, which shall be no more than ten pages, by April 23, 2013. Plaintiff shall file a reply by no later than April 30, 2013. The Court shall resolve the motion on the papers, and the Order granting the motion to transfer shall be stayed pending resolution of the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: April 9, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE