1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JAMES JACKSON, on behalf of himself and all others similarly situated, | |
| 13  Plaintiff, | |
| 14 | |
| 15  v. | Case No. C 13-00005 JSW |
| 16  FENWAY PARTNERS, LLC, and DOES 1-20, | |
| 17  Defendants. | **[PROPOSED] ORDER PER STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| 18 | |
| 19  FENWAY PARTNERS, LLC; LAURA HENDRICKS; and GEORGE MANEY, | |
| 20  Third-Party Plaintiffs, | Courtroom: 11<br>Judge: Hon. Jeffrey S. White |
| 21  v. | |
| 22  COACH AM GROUP HOLDINGS CORP., *et al.*, | |
| 23  Third-Party Defendants. | |
| 24 | |

25
26
27
28

1
PROPOSED ORDER RE CONTINUANCE OF INITIAL CMC
Case No. C 13-00005 JSW

Having considered the Parties' Stipulation Regarding Continuance of Initial Case Management Conference, and good cause appearing,

**IT IS HEREBY ORDERED**, per the Parties' stipulation, as follows:

I. The initial case management conference currently scheduled for April 26, 2013 shall be continued to a date to be set by the Court (other than a date from April 30- May 17, 2013, when counsel are unavailable) that is no later than 30 days after the entry of an order, if any, that denies the Defendants' Motion to Transfer Venue.

II. The Parties shall file a joint initial case management statement no later than five (5) court days prior to the initial case management conference.

III. The Parties shall complete a Rule 26(f) conference at least 21 days prior to the initial case management conference.

The Court shall reschedule the case management conference, if necessary, pursuant to these guidelines, in the Order resolving the motion for reconsideration.

**IT IS SO ORDERED**.

Dated: __April 11, 2013_____          _____
                                            Honorable Jeffrey S. White